■ In the Matter of ANDREW ROSS, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, Respondent.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on September 27, 1988, unanimously affirmed for reasons stated by McCooe, J., without costs and without disbursements. Concur—Sullivan, J. P., Kassal, Rosenberger, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RICCO, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on October 14, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL MELENDEZ, Also Known as RAPHAEL MELENDEZ, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on July 8, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARDO GLENN, Also Known as EDUARDO GLENN, Appellant. —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on February 20, 1986, unanimously affirmed.